UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 20, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                    Plaintiff,              )<br> v.                                                    )<br>                                                          )<br> CHARLES J. TINGLER,                 )<br>                                                          )<br>                    Defendant.          ) | Case No. 2:13-CCR-00217-KJM-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHARLES J. TINGLER</u>, Case No. <u>2:13-CR-00217-KJM-4</u>, Charge <u>Title 18 USC § 287</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ✔   Bail Posted in the Sum of $ <u>50,000   (Co-signed)</u>

    ✔   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔   (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 20, 2013</u> at <u>2:57</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge